11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Cameron Jarell Smith

Vs. No. 11-12-00132-CR

The State of Texas,

\* From the 29th District
   Court of Palo Pinto County,
   Trial Court No. 14640.

\* May 23, 2013

\* Per Curiam Memorandum Opinion
   (Panel consists of: Wright, C.J.,
   McCall, J., and Willson, J.)

This court has considered Appellant's motion to dismiss his appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed.